# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| **ABIRA MEDICAL LABORATORIES, LLC d/b/a GENESIS DIAGNOSTICS**,<br><br>Plaintiff,<br><br>v.<br><br>**HORIZON HEALTHCARE SERVICES, INC. d/b/a HORIZON BLUE CROSS BLUE SHIELD OF NEW JERSEY AND BLUE CROSS BLUE SHIELD OF NEW JERSEY**, *et al.*,<br><br>Defendants. | Civil Action No. 24-8959 (ZNQ) (JTQ)<br><br>**ORDER** |

**QURAISHI, District Judge**

    **THIS MATTER** comes before the Court upon a Motion to Dismiss (ECF No. 24) filed by Defendants Horizon Healthcare Services, Inc. d/b/a Horizon Blue Cross Blue Shield of New Jersey and Blue Cross Blue Shield of New Jersey and Defendant Horizon Healthcare of New Jersey, Inc. d/b/a Horizon NJ Health (collectively, "Defendants"). For the reasons set forth in the accompanying Opinion,

    **IT IS** on this **31st** day of **OCTOBER 2025**,

    **ORDERED** that Plaintiff Abira Medical Laboratories LLC d/b/a Genesis Diagnostics' informal request to file a Second Amended Complaint is hereby **GRANTED**; and it is further

    **ORDERED** that Defendants' Motion to Dismiss is hereby **DENIED AS MOOT**.

                                                             s/ Zahid N. Quraishi
                                                             **ZAHID N. QURAISHI**
                                                             **UNITED STATES DISTRICT JUDGE**